JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 24-11217 JGB (KLSx) | Date | August 28, 2025 |
|---|---|---|---|
| Title | *Daniel Harper v. D. Hurtado et al.* | | |

Present: The Honorable  JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Order DISMISSING Plaintiff's Complaint (Dkt. No. 1) (IN CHAMBERS)**

On January 23, 2024, pro se Plaintiff Daniel Harper ("Harper") filed a complaint against Defendants D. Hurtado, J. Anderson, and J. Mendoza. ("Complaint," Dkt. No. 1.) The same day, Harper filed a request to proceed in forma pauperis. ("IFP Request," Dkt. No. 2.) On July 21, 2025, the Court found that Harper, a prisoner, had accumulated three strikes, his complaint did not fall under the imminent danger exception, and so he could not proceed in forma pauperis. ("IFP Order," Dkt. No. 7.) The IFP Order warned Harper that failure to timely pay the filing fee would result in dismissal without prejudice of his Complaint. (Id.)

As of the date of this Order, Harper has not paid the filing fee. Accordingly, the Court **DISMISSES** the Complaint. The Clerk is ordered to close the case.

**IT IS SO ORDERED.**